IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ERIC STEIN, M.D. | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | 21-3546 |
| PAUL REVERE LIFE INSURANCE. CO. | : | |

## ORDER

AND NOW, this 16th day of March, 2023, upon consideration of the Motion for Summary Judgment of Plaintiff Eric Stein (Document No. 22), the Cross-Motion for Summary Judgment of Defendant Paul Revere Life Insurance Company (Document No. 23) and the Parties' responses in opposition, it is hereby ORDERED that the Plaintiff's Motion is GRANTED, the Defendant's Motion is DENIED, and Plaintiff's request for attorneys' fees and costs is DENIED for the reasons set forth in the accompanying Memorandum Opinion.

BY THE COURT:

/s/  Juan R. Sánchez
_____
Juan R. Sánchez,  C.J.